# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMALIA CRINA KLINE, | Civil No. 3:19-cv-972 |
| Petitioner | (Judge Mariani) |
| v. | |
| SCI-MUNCY DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Respondents | |

**FILED**
**SCRANTON**
JUN 1 0 2019
PER _____ *(signature)*
DEPUTY CLERK

## ORDER

**AND NOW**, this **10th** day of June, 2019, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above-captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 2) is left to the discretion of the transferee court.

3. The Clerk of Court is further directed to **CLOSE** this case.

*(signature)*
Robert D. Mariani
United States District Judge